```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  DEANNA L. MARTINEZ
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>2005 INFINITI QX56, VIN: 5N3AA08A25N806191, LICENSE NUMBER 6AEJ980,<br><br>2004 BMW 545i, VIN:WBANB33564B107506, LICENSE NUMBER 5WOK454, and<br><br>2001 MERCEDES BENZ, VIN: WDBNG78J21A194676, LICENSE NUMBER 5WOK450,<br><br>　　　　　　　Defendants. | 1:09-CV-00012-AWI-SMS<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

　　　The United States of America, Plaintiff herein, applies for an order of publication as follows:

　　　1.　　Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

　　　2.　　Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

///

1       3.       The defendants a 2005 Infiniti QX56, VIN: 5N3AA08A25N806191, License Number 6AEJ980; a 2004 BMW 545i, VIN: WBANB33564B107506, License Number 5WOK454; and a 2001 Mercedes Benz, VIN: WDBNG78J21A194676, License Number 5WOK450 (hereafter collectively "defendant vehicles") were seized in the city of Clovis, in Fresno County, California.

      4.       Plaintiff proposes that publication be made as follows:

      a.       One publication;

      b.       Thirty (30) consecutive days;

      c.       On the official internet government forfeiture site www.forfeiture.gov;

      d.       The publication is to include the following:

      (1)       The Court and case number of the action;

      (2)       The date of the arrest/seizure;

      (3)       The identity and/or description of the property arrested/seized;

      (4)       The name and address of the attorney for the Plaintiff;

      (5)       A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

      (6)       A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 1/8/09                                           LAWRENCE G. BROWN
                                                           Acting United States Attorney

                                                            /s/ Deanna L. Martinez
                                                           DEANNA L. MARTINEZ
                                                           Assistant United States Attorney

IT IS SO ORDERED.

**Dated:   January 21, 2009**                               **/s/ Sandra M. Snyder**
                                                             UNITED STATES MAGISTRATE JUDGE